IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SIMS GLOBAL SOLUTIONS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-02492 |
| | ) |
| DGM NEW YORK, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT DGM NEW YORK, LLC'S
NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant DGM New York, LLC ("**DGM**") files this Notice of Removal of the case from the District Court of Johnson County, Kansas to the United States District Court for the District of Kansas.

Removal is proper under 28 U.S.C. § 1441(b) because this Court has original jurisdiction under 28 U.S.C. § 1332 in that complete diversity exists between the parties and the amount in controversy exceeds $75,000.00. In support of this Notice, DGM states:

**BACKGROUND**

1. On September 15, 2023, Plaintiff Sims Global Solutions, LLC ("**Plaintiff**") commenced this action in the District Court of Johnson County, Kansas, by filing a Petition ("**Petition**") styled *Sims Global Solutions, LLC v. DGM New York,* LLC, Case No. 23CV05111 (the "**State Court Action**"). Pursuant to § 1446(a), the Petition filed in the State Court Action is attached as **Exhibit A**.

2. The Petition filed in the State Court Action alleges that Plaintiff is a limited liability company organized under the laws of Texas with its principal place of business in Lenexa, Kansas. Upon information and belief, none of the members of Plaintiff are citizens of New Jersey.

3. Defendant DGM is limited liability company organized under New Jersey law with its principal place of business in New Jersey, and all of its members are residents and citizens of New Jersey.

4. The Petition generally involves certain commercial transactions between Plaintiff and DGM involving disinfectant wipes, and Plaintiff alleges that it is entitled to "damages in an amount that exceeds $100,000.00." **Ex. A** (Petition) at 5.

5. Plaintiff obtained a Summons in the State Court Action dated October 16, 2023 and purported to serve DGM that day.

## TIMELINESS OF REMOVAL

6. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after the date DGM was served.

## BASIS FOR REMOVAL JURISDICTION

7. Complete diversity exists between the parties in this case. Upon information and belief, Plaintiff is a citizen of either Kansas or Texas, and has no members who are citizens of New Jersey. Meanwhile, Defendant DGM is a limited liability company organized under New Jersey law, and its members are citizens of New Jersey.

8. The allegations and "prayer for relief" in the Petition filed in the State Court Action satisfy the $75,000 amount in controversy requirement under 28 U.S.C. § 1332(b). Indeed, the Petition demands "damages in an amount that exceeds $100,000.00." **Ex. A** (Petition) at 5.

## VENUE

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Kansas is the federal jurisdiction embracing the District Court of Johnson County, Kansas, where Plaintiff filed the State Court Action.

## NOTICE TO STATE COURT AND PLAINTIFF

10. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with the Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a Notice of Filing of Notice of Removal in the District Court of Johnson County, Kansas. A copy of the Notice of Filing of Notice of Removal (without exhibits) is attached hereto as **Exhibit B**.

**WHEREFORE**, the case now pending in the District Court of Johnson County, Kansas, under the caption *Sims Global Solutions, LLC v. DGM New York,* LLC, Case No. 23CV05111, is hereby removed to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: November 6, 2023

Respectfully submitted,

BOULWARE LAW LLC

/s/ *Brandon J.B. Boulware*
Brandon J.B. Boulware    KS #25840
Jeremy M. Suhr           KS #24025
1600 Genessee, Suite 416
Kansas City, Missouri 64102
Tele:  (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 6th day of November 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

       /s/ Brandon J.B. Boulware
       *Attorney for Defendant*